

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

JAMES EDWARD LANGFORD IV

CASE NO.  3:17-cr-176-J-34QBT
Ct. 1:        18 U.S.C. § 471
Ct. 2:        18 U.S.C. § 472
Forfeiture:  18 U.S.C. § 982(a)(2)(B)
             18 U.S.C. § 492 and
             18 U.S.C. § 2461(c)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From a date unknown, but at least from in or about July 2017, in the

Middle District of Florida,

JAMES EDWARD LANGFORD IV,

the defendant herein, with intent to defraud, did falsely make, forge and

counterfeit an obligation of the United States, that is, forged and counterfeited

Federal Reserve notes.

In violation of Title 18 U.S.C. § 471.

## COUNT TWO

On or about July 25, 2017, in the Middle District of Florida,

JAMES EDWARD LANGFORD IV,

the defendant herein, with intent to defraud, did possess a falsely made,

forged, counterfeited, and altered obligation or other security of the United

States, as defined in 18 U.S.C. § 8, that is, Federal Reserve notes, which the

defendant then knew to be falsely made, forged, counterfeited, and altered.

In violation of Title 18 U.S.C. § 472.

## FORFEITURES

1.      The allegations contained in Counts One and Two of this

Indictment are hereby realleged and incorporated by reference for the purpose

of alleging forfeitures pursuant to the provisions of Title 18, United States

Code, Section 982(a)(2)(B), Title 18, United States Code, Section 492 and

Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offenses in violation of Title 18, United

States Code, Sections 471 and/or 472, the defendant, JAMES EDWARD

LANGFORD IV, shall forfeit to the United States of America, pursuant to

Title 18, United States Code, Section 982(a)(2)(B), any property constituting,

or derived from, proceeds obtained directly or indirectly as a result of such

2

violations; and pursuant to Title 18, United States Code, 492 and Title 28, United States Code, Section 2461(c), all counterfeits of any coins or obligations or other securities of the United States or of any foreign government, or any articles, devices, and other things made, possessed or used in violation of this chapter, or any material or apparatus used or fitted or intended to be used, in the making of such counterfeits, articles, devices or things, to include HP laptop computer with cord, SN# HPCND7160YTT, HP laptop computer, SN# 5CZ34316ZZ, Espon Scanner with cord, SN# MQTY072131, found in the possession of any person without authority from the Secretary of the Treasury or other proper officer as the result of such violations.

3.     If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided,

the United States of America shall be entitled to forfeiture of substitute

property under the provisions of Title 21, United States Code, Section 853(p),

as incorporated by Title 18, United States Code, Section 982(b)(1) and Title

28, United States Code, Section 2461(c).

A TRUE BILL,

*Michelle E Smith*

Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: *Kevin C. Frein*

Kevin C. Frein
Assistant United States Attorney

By: *[signature]*

Frank M. Talbot
Assistant United States Attorney
Chief, Jacksonville Division

4

FORM OBD-34
9/6/17 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## JAMES EDWARD LANGFORD IV

## INDICTMENT

| Violations: | Ct. 1 | 18 U.S.C. 471 |
|---|---|---|
| | Ct. 2 | 18 U.S.C. 472 |

A true bill,

*Michelle E. Smith*

Foreperson

Filed in open court this _20th_ day

of September, 2017.

*Megan D Chader*

Clerk

Bail   $_____